### A11A2354. WHITLEY v. WHITE et al.
(723 SE2d 5)

MCFADDEN, Judge.

Appellant Roger Whitley has filed a pro se brief that contains no citations to the record or transcript, no enumeration of error, no argument or citation of authorities, and no statement of the applicable standard of review. See Court of Appeals Rule 25 (a). Given the deficiencies of the appellant's brief, we find no discernible claim of error to review. See Court of Appeals Rule 25 (c) (2) (i); *Garrett v. Hanes*, 273 Ga. App. 894, 896, n. 13 (616 SE2d 202) (2005). Of course, "[i]t is not the function of this court to cull the record on behalf of a party in search of instances of error. The burden is upon the party alleging error to show it affirmatively in the record." (Punctuation omitted.) *Cronin v. Homesales, Inc.*, 296 Ga. App. 293, 294 (674 SE2d 35) (2009). Because the appellant has failed to meet this burden, he has waived appellate review, and there is nothing for us to consider. See *Slmbey v. State*, 288 Ga. App. 717, 718 (655 SE2d 223) (2007).

*Judgment affirmed. Phipps, P. J., and Andrews, J., concur.*

DECIDED JANUARY 25, 2012 —

Pro se brief. Meriwether Superior Court. Before Judge Baldwin. Roger Whitley, *pro se*.

---

*Trammell Camp, Robert T. Trammell, Jr., Tyron C. Elliott*, for appellees.